IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS WASHAM,** | : | **CIVIL ACTION NO. 1:21-CV-1391** |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **MR. KATTNER**, *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 25th day of October, 2021, upon consideration of the report (Doc. 3) of Magistrate Judge Martin C. Carlson, issued following screening review of *pro se* plaintiff Thomas Washam's complaint (Doc. 1), wherein Judge Carlson recommends that the court dismiss Washam's unintelligible complaint for failure to comply with Federal Rule of Civil Procedure 8, but recommends further that, in an abundance of caution, the court grant Washam an opportunity to amend his pleading, in light of the factual nature of the deficiencies therein, see Grayson v. Mayview State Hosp., 293 F.3d 103, 108 (3d Cir. 2002), and the court noting that Washam has filed an objection (Doc. 8) to the report, see FED. R. CIV. P. 72(b), in additional various miscellaneous filings, (see Docs. 4, 5, 10, 11, 13, 14), and following *de novo* review of the contested portions of the report, see E.E.O.C. v. City of Long Branch, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)), and affording "reasoned consideration" to the uncontested portions, see id. (quoting Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987)), and, following independent review of the record, the court agreeing in full with Judge Carlson's analysis and

finding that Washam's complaint is unintelligible and fails to meet the pleading requirements of Rule 8, and finding further, in light of the miscellaneous documents filed in the interim, that leave to amend would be futile, see Grayson, 293 F.3d at 108, it is hereby ORDERED that:

1. Magistrate Judge Carlson's report (Doc. 3) is ADOPTED.

2. Washam's complaint (Doc. 1) is DISMISSED without further leave to amend.

3. Any appeal from this order is deemed to be frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

4. The Clerk of Court is directed to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania